*Felony*

AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

DEC 2 4 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. B-19-1316-M |
| | ) | |
| Jose Miguel Chiquita-Orduna | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 24, 2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2237 | It is unlawful for the master, operator, or person in charge of a vessel subject to the jurisdiction of the U.S. to knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel. It is unlawful to forcibly resist, oppose, prevent, impede, intimidate or interfere with a boarding or other law enforcement action. |

This criminal complaint is based on these facts:

On December 24, 2019 at approximately 1:22 am, a USCG aircraft observed 3 fishing boats (lanchas) illegally fishing within the US Exclusive Economic Zone approxiamtely 32 nm north of the of the US/Mexico International Maritime Boundary. The USCG aircraft vectord a boat from USCG Station South Padre Island to the closest lancha. The USCG small boat approached the lancha and initiated an attempt to hail and board the lancha. The USCG small boat energized its blue lights and siren in an attempt to stop the lancha. The Captain refused to comply and fled from the USCG small boat, taking evasive maneuvers, including corkscrew pattern navigation to evade the USCG small boat. The crew of the lancha was observed throwing equipment overboard. The Captain stopped the lancha after an approximate 8-minute pursuit. The USCG boarding team was able to board the lancha and take custody of the crew as well as Captain Jose Chiquita-Orduna. The Captain was arrested for violation of 18 USC 2237.

☐ Continued on the attached sheet.

*Complainant's Signature*

Alejandro Ramirez    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

**December 24, 2019**
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*